HACKLEMAN *v.* HARRISON ET AL.

From the Spencer Common Pleas Court.

*H. G. Barkwell, M. M. Ray, G. H. Voss, B. F. Davis,* and *J. A. Holman,* for appellant.

*L. Q. DeBruler, C. A. DeBruler, E. A. Ely,* and *L. D. Abbott,* for appellees.

PETTIT, C. J.—Rule 19 is not complied with, in regard to making marginal notes, and for that reason the submission is set aside, at the costs of the appellant.